NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAY 31 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50275 |
| Plaintiff-Appellee, | D.C. No. 2:10-cr-00861-PSG |
| v. | |
| DEWAYNE KEVON MOORE, a.k.a. Lil Stuck, a.k.a. Dewayn Moore, a.k.a. Dewayne K. Moore, a.k.a. Dewayne Kevin Moore, a.k.a. Dewayne Kevon Walter Moore, a.k.a. Duwayne Moore, a.k.a. Stuck, a.k.a. Wayne, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Submitted May 24, 2017[**]

Before:     THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

Dewayne Kevon Moore appeals from the district court's judgment revoking

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

supervised release. Because Moore has fully served his revocation sentence and is not subject to a term of supervised release, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**